| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Saris, Patti B. | Nominated to the United States District Court, D. Mass. | 10/29/93 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) Article III, full-time | 5. Report Type (check appropriate type) X Nomination, Date 10/27/93 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/92–9/29/93 |
|---|---|---|

| 7. Chambers or Office Address Massachusetts Superior Court 40 Thorndike Street Cambridge, Massachusetts 02141 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature _____ |
|---|---|

**IMPORTANT NOTES:** *The Instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

Board of Directors, Beth Israel Hospital, Boston, Massachusetts

Board of Directors, Boston Inns of Court

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒ NONE (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 | Husband's salary and bonus, T.A. Realty Corporation, 45 Milk Street | $ 80,000.00 |
| 2 | Boston, MA. My husband is a partner. | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Patti B. Saris | Date of Report<br>10/29/93 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| Shawut Bank | Home Equity Loan | M |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000   N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = more than $1,000,000

Digitized by Google

<table>
<tr><td>FINANCIAL DISCLOSURE REPORT (cont'd)</td><td>Name of Person Reporting<br>Patti B. Saris</td><td>Date of Report<br>10/29/93</td></tr>
</table>

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-37 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by use of the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by reporting individual, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 ATT – Common (DC) | A | Div | J | T | | | | | |
| 2 Eastman-Kodak – Common (DC) | A | Div | J | T | | | | | |
| 3 IBM – Common (DC) | A | Div | J | T | | | | | |
| 4 GTE – Common (DC) | A | Div | J | T | | | | | |
| 5 Exxon – Common (DC) | A | Div | J | T | | | | | |
| 6 American Media – Private Held | A | N/A | | | | | | | |
| 7 SJL Of North Carolina Priv Held | A | N/A | J | T | | | | | |
| 8 CLS Assoc. – Private Held | A | N/A | K | T | | | | | |
| 9 Crowley McCellular Tx Priv Held | D | N/A | L | T | | | | | |
| 10 Goal Systems, Inc. Private Held | D | N/A | --- | T | SOLD | | | | |
| 11 Cair Systems – Priv. Held | A | N/A | J | T | | | | | |
| 12 KBS – Private Held | A | N/A | J | T | | | | | |
| 13 LL Broadcasting – Private Held | A | N/A | J | T | | | | | |
| 14 Microband – Private Held | A | N/A | --- | --- | WENT BANKRUPT | | | | |
| 15 Opal, Inc. – Private Held | A | N/A | J | T | | | | | |
| 16 Sconix – Private Held | C | N/A | J | T | | | | | |
| 17 Simmons of Long Beach Priv Held | E | N/A | --- | --- | SOLD | 1992 | | | |
| 18 Smith Acquisition – Priv. Held | A | N/A | J | T | | | | | |
| 19 Leyent – Private Held | A | N/A | J | T | | | | | |
| 20 Veralink (S) Private Held | A | N/A | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to 5,000 D=$5,001 to $15,000
(See Col. B1 & D4) E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=More than $1,000,000
2 Value Codes: J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000
(See Col. C1 & D3) N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book Value V=Other W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Patti B. Saris | Date of Report<br>10/29/93 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-37 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate by (x) applicable personal property held in a family or non-business interest; all 1099 reportable interest income. Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period<br>(1) Amount Code (A-H) | (2) Type (e.g. div., rent, int.) | C.<br>Gross value at end of reporting period<br>(1) Value Code (J-P) | (2) Value Method (Q-W) | D.<br>Transactions during reporting period<br>(1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | If not exempt from disclosure<br>(5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Xel Communic. Inc. - Priv Held | A | N/A | J | T | | | | | |
| 2 Freedom Account, Tucker Anthony (S) Mutual DC | A | Div | L | T | | | | | |
| 3 Mass Health & Ed. (DC) | A | Int | L | T | | | | | |
| 4 Facilities, public security Boston MA Econ. Dev (DC) | A | Int | M | T | | | | | |
| 5 Public security Mass. St. RFDG Ser. A. (DC) | A | Int | N | T | | | | | |
| 6 Public security Mass. St. Dedicated (DC) | A | Int | M | T | | | | | |
| 7 Public security Mass. St. G/O Const. Series (S) (DC) | A | Int | O | I | | | | | |
| 8 A -- Public security MBTA Public security (DC) | A | Int | N | T | | | | | |
| 9 McDonalds - Common | A | Div | J | T | SOLD | 8/92 | J | J | N/A |
| 10 Mass. St. G/O Ser. B (DC) | A | Int | M | T | | | | | |
| 11 Mass. St. Conv Ctr Auth (DC) | A | Int | L | T | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less (See Col. B1 & D4) B=$1,001 to $2,500 C=$2,501 to $5,000 D=$5,001 to $15,000
E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=More than $1,000,000
2 Value Codes: J=$15,000 or less (See Col. C1 & D3) K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000
N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book Value V=Other W=Estimated

Digitized by Google

**1022**

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting

*Patti B. Saris*

Date of Report

*10/29/93*

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature  *Patti B. Saris*                    Date  *10/29/93*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google